# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO EDGAR TORRES,<br><br>  Petitioner,<br><br>  v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>  Respondent. | Case No. CV 17-0423-DSF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed de novo the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. On June 19, 2017, Petitioner filed Objections, in which he simply restates his argument that he is entitled to an alternative start date of the statute of limitation because he was "misled" by medical-expert testimony at trial, an argument that was specifically addressed and rejected in the R. & R. (See R. & R. at 11-12.) Petitioner also submits documents to establish, apparently, that he did not receive his legal file until shortly after October 30, 2015, he had "financial difficulty" and mail problems during the limitation period, and he tried to hire an attorney. (See Objs. at 3; id. Exs. A-D.) But the Court assumed those facts and nonetheless

rejected the argument that his untimeliness should be excused based on his indigency or lack of access to his legal file (see R. & R. at 15-17).

Having reviewed de novo those portions of the R. & R. to which objections were filed, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied as untimely, Petitioner's request for an evidentiary hearing is denied, and Judgment be entered dismissing this action with prejudice.

DATED: 7/7/17

DALE S. FISCHER
U.S. DISTRICT JUDGE