**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO EDGAR TORRES, | ) Case No. CV 17-0423-DSF (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| WILLIAM SULLIVAN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 7/7/17

DALE S. FISCHER
U.S. DISTRICT JUDGE